IN THE SUPREME COURT OF TEXAS

 No. 10-0430

 IN RE ATHENA RASMUSSON

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed June 7,
2010, is granted. All trial court proceedings in Cause No. 343342, styled
George Sarran v. Athena Rasmusson, in the County Court at Law No 3 of Bexar
County, Texas, are stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., June 28, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 16, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk